UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/04/2026

In re Eletson Holdings, Inc.

26-cv-3620 (LJL)

ORDER

-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Any memoranda in opposition to the motion to withdraw the reference shall be filed by

May 18, 2026.  Any reply shall be filed by May 25, 2026.

SO ORDERED.

Dated: May 4, 2026
     New York, New York

_____
LEWIS J. LIMAN
United States District Judge