**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEVONA HOLDINGS LTD., et al.<br>*Plaintiffs*,<br>-against-<br>ELETSON HOLDINGS, INC., et al.,<br>*Defendants*. | No. 26-cv-03620 (LJL) |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Marshall King of Gibson, Dunn & Crutcher LLP respectfully enters his appearance as counsel for Defendants Reed Smith LLP, Charles G. Weller, and Louis M. Solomon in the above-captioned proceeding, and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating thereto. The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
May 27, 2026

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Marshall R. King
Marshall R. King

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193
Tel: (212) 351-4000
Fax: (212) 351-4035
MKing@gibsondunn.com

*Attorneys for Defendants Reed Smith LLP, Charles G. Weller, and Louis M. Solomon*