UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

IN RE ELETSON HOLDINGS INC.

-------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/17/2026

26-cv-3620 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court will hold a case management conference in this matter on July 7, 2026 at 3:00 p.m. on Microsoft Teams.  The parties will be provided with a link to participate in the proceedings by email in advance of the conference.  The public may access the proceedings by dialing 646-453-4442 and inputting conference ID 358639322.  The parties are ordered to meet and confer in advance of the conference and to submit a case management plan for the proceedings by July 1, 2026.  They are also ordered to meet and confer on a schedule for the anticipated motions and with respect to discovery.

SO ORDERED.

Dated: June 17, 2026
       New York, New York
                                                    _____
                                                           LEWIS J. LIMAN
                                                    United States District Judge