**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ELETSON HOLDINGS INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br>Case No. 23-10322 (JPM)<br>Jointly Administered |
| LEVONA HOLDINGS LTD, ELETSON GAS LLC, and EMC GAS CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>ELETSON HOLDINGS, INC., ELETSON CORP., APARGO LIMITED, FENTALON LIMITED, DESIMUSCO TRADING LIMITED, VASSILIS KERTSIKOFF, VASILIS HADJIELEFTHERIADIS, LASCARINA KARASTAMATI, REED SMITH LLP, CHARLES G. WELLER, and LOUIS M. SOLOMON,<br><br>Defendants. | Civ. No. 26-cv-3620 (LJL) |

**STIPULATION AND ORDER EXTENDING THE DEADLINE FOR ELETSON HOLDINGS INC. AND ELETSON CORP. TO RESPOND TO THE COMPLAINT**

WHEREAS, on April 24, 2026, Plaintiffs Levona Holdings Ltd., Eletson Gas LLC, and EMC Gas Corporation (collectively, the "Plaintiffs") filed a complaint in the Bankruptcy Court for the Southern District of New York commencing this adversary proceeding (the "Complaint"), Case No. 26-1036, Dkt. No. 1; and

WHEREAS, Goulston & Storrs PC has agreed to accept service of the summons and Complaint on behalf of Defendants Eletson Holdings Inc. and Eletson Corp., subject to the terms hereof (collectively, the "Stipulating Defendants"); and

---

[1] The Debtors, now reorganized, are Eletson Holdings Inc., Eletson Finance (US) LLC, and Agathonissos Finance LLC.

WHEREAS, Plaintiffs are agreeable to an extension of the deadline for the Stipulating Defendants to respond to the Complaint.

NOW, THEREFORE, THE PARTIES TO THIS STIPULATION AGREE AND STIPULATE AS FOLLOWS:

1. The Complaint is deemed served on the Stipulating Defendants, and the Stipulating Defendants agree not to raise any challenge to the sufficiency of service of process under Fed. R. Civ. P. 12(b)(5) or Fed. R. Bankr. P. 7012.
2. The time by which the Stipulating Defendants may answer, move against, or otherwise respond to Plaintiffs' Complaint is extended up to, and including, June 23, 2026.
3. Except as expressly provided herein, nothing in this Stipulation and Order shall affect the rights, claims, defenses, or objections of any party in this action, including without limitation any defense that the Court lacks personal jurisdiction over any of the Stipulating Defendants or any other rights, claims, defenses, or objections provided for by Rule 12 of the Federal Rules of Civil Procedure other than insufficiency of service.

Dated: June 18, 2026

GOULSTON & STORRS PC

/s/ Jennifer B. Furey
Jennifer B. Furey (admitted *pro hac vice*)
Nathaniel R.B. Koslof (admitted *pro hac vice*)
One Post Office Square, 28th Floor
Boston, MA 02109
jfurey@goulstonstorrs.com
nkoslof@goulstonstorrs.com
Tel: (617) 574-3575

Rae Berger
GOULSTON & STORRS PC
730 Third Avenue, 12th Floor
New York, NY 10017
rberger@goulstonstorrs.com
Tel: (212) 878-5120

*Counsel for Defendants Eletson Holdings Inc. and Eletson Corporation*

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN LLP

/s/ Isaac Nesser
Isaac Nesser
William B. Adams
Daniel M. Kelly
295 Fifth Avenue
New York, NY 10016
Tel: 212-849-7253
isaacnesser@quinnemanuel.com
williamadams@quinnemanuel.com
danielkelly@quinnemanuel.com

Matthew Scheck
300 W. 6th Street
Austin, TX 78701
Tel: 737-667-6100
matthewscheck@quinnemanuel.com

*Attorneys for Plaintiffs*

SO ORDERED:

6/22/2026
U.S.D.J.