**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>ELETSON HOLDINGS INC., *et al.*,<br>*Debtors*. | Chapter 11<br>Case No. 23-10322 (JPM)<br>Jointly Administered |
| LEVONA HOLDINGS LTD., ELETSON GAS LLC, and EMC GAS CORP.,<br>*Plaintiffs*,<br>-against-<br>ELETSON HOLDINGS INC., ELETSON CORP., APARGO LIMITED, FENTALON LIMITED, DESIMUSCO TRADING LIMITED, VASSILIS KERTSIKOFF, VASILIS HADJIELEFTHERIADIS, LASCARINA KARASTAMATI, REED SMITH LLP, CHARLES G. WELLER, and LOUIS M. SOLOMON,<br>*Defendants*. | Adv. Proc. No. 26-01036 (JPM)<br>Civ. No. 26-cv-3620 (LJL)<br>**Oral Argument Requested** |

**NOTICE OF MOTIONS BY DEFENDANTS REED SMITH LLP, LOUIS M. SOLOMON, AND CHARLES G. WELLER TO DISMISS THE COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memoranda of Law in Support of Reed Smith LLP's, Louis M. Solomon's, and Charles G. Weller's Motions to Dismiss, the Declaration of Marshall R. King and accompanying exhibit, and the Declaration of Charles G. Weller filed concurrently herewith and upon all prior pleadings and proceedings had herein, Defendants Reed Smith LLP, Louis M. Solomon, and Charles G. Weller move this Court, before the Honorable Lewis J. Liman, at the United States District Courthouse, 500 Pearl Street, New York, NY, for an Order dismissing the Complaint dated April 24, 2026 (*Levona Holdings Ltd., et al. v. Eletson Holdings, Inc., et al.*, Adv. Proc. No. 26-01036 (JPM) (Bankr. S.D.N.Y.), Dkt. No. 1) filed by Plaintiffs Levona Holdings Ltd., et al. and granting Defendants such other and further relief as the Court deems just and proper. Charles G. Weller moves to dismiss the Complaint

pursuant to Federal Rule of Civil Procedure 12(b)(2). Reed Smith LLP, Louis M. Solomon, and Charles G. Weller move to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction and 12(b)(6) for failure to state a claim upon which relief can be granted.

Dated: June 22, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Marshall R. King*
Marshall R. King
mking@gibsondunn.com
C. Lee Wilson
clwilson@gibsondunn.com
Nancy Hart
nhart@gibsondunn.com

200 Park Avenue
New York, New York 10166
Tel: 212.351.4000

*Attorneys for Defendants Reed Smith LLP, Louis M. Solomon, and Charles G. Weller*

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

By: */s/ Elkan Abramowitz*
Elkan Abramowitz
eabramowitz@maglaw.com
Richard F. Albert
ralbert@maglaw.com

556 Fifth Avenue
New York, New York 10017
(212) 880-9560 (phone)

*Attorneys for Defendants Louis M. Solomon and Charles G. Weller*