USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ELETSON HOLDINGS INC.

26-cv-3620 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Defendants are ordered to show cause by August 10, 2026 why the pending motion to dismiss should not be denied as moot in light of the Amended Complaint filed on July 24, 2026. *See* Individual Practices in Civil Cases, Chambers of Lewis J. Liman, Rule 5.C. In the event the moving party wishes to rely on its initially filed memorandum of law, the party may indicate in its motion to dismiss the amended pleading and need not file the memorandum of law again. *Id.*

SO ORDERED.

Dated: July 27, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge