**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ELETSON HOLDINGS INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br>Case No. 23-10322 (JPM)<br>Jointly Administered |
| LEVONA HOLDINGS LTD., ELETSON GAS LLC, and EMC GAS CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>ELETSON HOLDINGS, INC., ELETSON CORP., APARGO LIMITED, FENTALON LIMITED, DESIMUSCO TRADING LIMITED, VASSILIS KERTSIKOFF, VASILIS HADJIELEFTHERIADIS, LASCARINA KARASTAMATI, REED SMITH LLP (DELAWARE), REED SMITH LLP (ENGLAND & WALES), CHARLES G. WELLER, and LOUIS M. SOLOMON,<br><br>Defendants. | Case No. 1:26-cv-03620-LJL<br><br>**DECLARATION OF MARK LICHTENSTEIN IN OPPOSITION TO THE MOTIONS BY REED SMITH DEFENDANTS TO DISMISS OR, IN THE ALTERNATIVE, COMPEL ARBITRATION** |

I, Mark Lichtenstein, make this declaration pursuant to 28 U.S.C. § 1746:

1. I am general counsel to Plaintiff Levona Holdings Ltd., and an authorized representative of Plaintiffs Eletson Gas LLC and EMC Gas Corp. in this action. I respectfully submit this declaration in opposition to the Motions By Reed Smith Defendants To Dismiss Or, In The Alternative, Compel Arbitration, ECF 103.

2. **Exhibit 1** hereto is a true and correct copy of an email chain dated July 27, 2022 and a Reed Smith engagement letter dated July 27, 2022, attached thereto, produced by Eletson

[1] The Debtors, now reorganized, were Eletson Holdings Inc., Eletson Finance (US) LLC, and Agathonissos Finance LLC (collectively, "Debtors").

Holdings Inc. in *Eletson Holdings Inc. v. Levona Holdings Ltd.*, No. 23-07331 (S.D.N.Y.) (the "Vacatur Proceeding") bearing the Bates stamp ELETSONHOLDINGS_0106108–09.

3. **Exhibit 2** hereto is a true and correct copy of a Reed Smith engagement letter produced by Eletson Holdings Inc. in the Vacatur Proceeding bearing the Bates stamp ELETSONHOLDINGS_0401614.

4. **Exhibit 3** hereto is a true and correct copy of a Reed Smith engagement letter produced by Eletson Holdings Inc. in the Vacatur Proceeding bearing the Bates stamp ELETSONHOLDINGS_0401619.

5. **Exhibit 4** hereto is a true and correct copy of an email chain dated July 29, 2022 produced by Eletson Holdings Inc. in the Vacatur Proceeding bearing the Bates stamp ELETSONHOLDINGS_0108940.

6. **Exhibit 5** hereto is a true and correct copy of an email chain dated December 16, 2022 produced by Eletson Holdings Inc. in *In re Eletson Holdings Inc.*, No. 23-10322 (Bankr. S.D.N.Y.) bearing the Bates stamp EletsonBK129066.

7. **Exhibit 6** hereto is a true and correct copy of an email chain dated September 13, 2022 produced by Eletson Holdings Inc. in the Vacatur Proceeding bearing the Bates stamp ELETSONHOLDINGS_0124368.

8. **Exhibit 7** hereto is a true and correct copy of an email chain dated November 14, 2023 produced by Eletson Holdings Inc. in the Vacatur Proceeding bearing the Bates stamp ELETSONHOLDINGS_0406786.

9. **Exhibit 8** hereto is a true and correct copy of an email chain dated January 3, 2024 produced by Eletson Holdings Inc. in the Vacatur Proceeding bearing the Bates stamp ELETSONHOLDINGS_0436978.

10. **Exhibit 9** hereto is a true and correct copy of an email chain dated January 14, 2025 between Defendants Charles G. Weller, Louis M. Solomon, Vassilis Kertsikoff, Vasilis Hadjieleftheriadis, and Lascarina Karastamati.

11. **Exhibit 10** hereto is a true and correct copy of an email chain dated May 16, 2025 between Defendants Charles G. Weller, Louis M. Solomon, Vassilis Kertsikoff, Vasilis Hadjieleftheriadis, and Lascarina Karastamati.

12. **Exhibit 11** hereto is a true and correct copy of excerpts from the August 11, 2023 Affirmation of Defendant Louis M. Solomon on behalf of Eletson Holdings Inc. and Eletson Corp. in support of fees, costs, expenses, and interest in *Eletson Holdings Inc. v. Levona Holdings Ltd.*, JAMS Ref No. 5425000511 (the "Arbitration").

13. **Exhibit 12** hereto is a true and correct copy of excerpts from the September 1, 2023 Reply Affirmation of Defendant Louis M. Solomon on behalf of Eletson Holdings Inc. and Eletson Corp. in support of fees, costs, expenses, and interest in the Arbitration.

14. **Exhibit 13** hereto is a true and correct copy of a Reed Smith LLP invoice dated May 29, 2025.

15. **Exhibit 14** hereto is a true and correct copy of an email chain dated May 11, 2025 between Defendants Charles G. Weller and Vassilis Kertsikoff, and Philip Rymer.

16. **Exhibit 15** hereto is a true and correct copy of an email chain dated June 6, 2025 between Defendants Louis M. Solomon, Charles G. Weller, and Vasilis Hadjieleftheriadis and John Markianos, Manolis Andreoulakis, Colin Underwood, and Joshua Peles.

17. **Exhibit 16** hereto is a true and correct copy of a Reed Smith LLP invoice dated November 6, 2024.

18. **Exhibit 17** hereto is a true and correct copy of Judgment No. 641/2026 issued by the Piraeus Single-Member Court of Appeal on October 7, 2026, together with a certified English translation of the Judgment by Maria E. Orfanidou and her certificate of translation.

19. The shareholders of Eletson Holdings Inc. are not identical to the shareholders of Levona Holdings Ltd.

20. Eletson Holdings Inc. has a board member who has no duties to or any role in Levona Holdings Ltd.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 8th day of October, 2026, in Toronto, Ontario.

Mark Lichtenstein