USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ELETSON HOLDINGS INC.

26-cv-3620 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On November 10, 2026, Defendants Reed Smith LLP (Delaware), Reed Smith LLP (England & Wales), Charles G. Weller, and Louis M. Solomon (collectively, the "Reed Smith Defendants") filed a motion requesting the issuance of letters rogatory, pursuant to Federal Rule of Civil Procedure 28(b), 28 U.S.C. § 1781(b)(2), and the Court's inherent authority, to obtain documents and testimony from Murchinson Ltd., a non-party located in Ontario, Canada. Dkt. No. 123; Dkt. No. 124 at 1.

The Court hereby orders that any party's memorandum of law in opposition to the Reed Smith Defendants' motion must be filed no later than November 18, 2026. The Reed Smith Defendants may file a reply memorandum of law in further support of their motion no later than November 20, 2026.

SO ORDERED.

Dated: November 12, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge