**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>ELETSON HOLDINGS INC., *et al.*,<br>*Debtors*. | |
| LEVONA HOLDINGS LTD., ELETSON GAS LLC, and EMC GAS CORP.,<br>*Plaintiffs*,<br>-against- | Chapter 11<br>Case No. 23-10322 (JPM)<br>Jointly Administered |
| ELETSON HOLDINGS INC., ELETSON CORP., APARGO LIMITED, FENTALON LIMITED, DESIMUSCO TRADING LIMITED, VASSILIS KERTSIKOFF, VASILIS HADJIELEFTHERIADIS, LASCARINA KARASTAMATI, REED SMITH LLP (DELAWARE), REED SMITH LLP (ENGLAND & WALES), CHARLES G. WELLER, and LOUIS M. SOLOMON,<br>*Defendants*. | Civ. No. 26-cv-3620 (LJL) |

**NOTICE OF REED SMITH DEFENDANTS' MOTION FOR ISSUANCE OF LETTERS ROGATORY WITH RESPECT TO CANADIAN ENTITY ACE148 INCORPORATED**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law dated November 13, 2026, the Declaration of Marshall R. King and the exhibits annexed thereto, and the Proposed Form of Order (with Schedules A and B thereto) submitted herewith, Defendants Reed Smith LLP (Delaware), Reed Smith LLP (England & Wales), Charles G. Weller, and Louis M. Solomon (collectively, the "Reed Smith Defendants"), by and through their undersigned attorneys, shall move this Court, before the Honorable Lewis J. Liman, at the Daniel Patrick Moynihan United States Courthouse, Courtroom 15C, 500 Pearl St., New York, New York 10007, at a date and time directed by the Court, for an Order, pursuant to Rule 28(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 1781(b)(2), and the inherent authority of this Court, for a Request for International Judicial Assistance (Letters Rogatory) with Respect to Canadian Entity Ace148

Incorporated, directed to the Ontario Superior Court of Justice, seeking the production of documents from, and the oral examination of a representative of, Ace148 Incorporated. The reasons and grounds for this motion are more fully described in the accompanying Memorandum of Law. Counsel for the Reed Smith Defendants has conferred with counsel for Plaintiffs concerning the relief sought herein, and the parties have been unable to resolve the matter without application to the Court. **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Case Management Plan and Scheduling Order (Dkt. No. 41) and the Court's Individual Rules, any opposition to this motion shall be served and filed in accordance with the schedule set by the Court.

Dated: November 13, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Marshall R. King*
Marshall R. King
mking@gibsondunn.com
Nancy E. Hart
nhart@gibsondunn.com
C. Lee Wilson
clwilson@gibsondunn.com
200 Park Avenue, 48th Floor
New York, New York 10166
Tel: 212.351.4000

*Attorneys for Defendants Reed Smith LLP (Delaware), Reed Smith LLP (England & Wales), Louis M. Solomon, and Charles G. Weller*

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

By: /s/ *Elkan Abramowitz*
Elkan Abramowitz
eabramowitz@maglaw.com
Richard F. Albert
ralbert@maglaw.com
556 Fifth Avenue
New York, New York 10017
Tel: 212.880.9560

*Attorneys for Defendants Louis M. Solomon and Charles G. Weller*