quinn emanuel trial lawyers | new york
295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7253**

WRITER'S EMAIL ADDRESS
**isaacnesser@quinnemanuel.com**

November 13, 2026

**VIA ECF**

Honorable Lewis J. Liman
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1620
New York, New York 10007-1312

Re: *Levona Holdings Ltd. v. Eletson Holdings Inc.*, No. 26-cv-03620 (LJL)

Your Honor:

I write for Plaintiffs to request leave to file a consolidated response, on November 23, 2026, to the Reed Smith Defendants' two recently-filed motions for issuance of letters rogatory (ECF 123 (the "Murchinson Motion") and ECF 133 (the "Ace148 Motion")). A consolidated response would avoid duplicative briefing and promote judicial efficiency because the motions rest on the same authority (Fed. R. Civ. P. 28(b) and 28 U.S.C. § 1781(b)(2)), seek letters rogatory to the same court (the Ontario Superior Court of Justice), and seek documents and testimony on largely overlapping topics. And the requested order would require only a modest extension of the existing November 18 deadline for Plaintiffs' response to the Murchinson Motion. *See* ECF 131.

This is Plaintiffs' first request to extend the deadline on the Murchinson Motion. We have conferred with counsel for the Reed Smith Defendants, who oppose this request but would consent to a schedule in which an omnibus opposition is due Friday, November 20, with an omnibus reply due Tuesday, November 24.

Respectfully submitted,

*/s/ Isaac Nesser*

Isaac Nesser