UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEVONA HOLDINGS LTD., ELETSON GAS LLC, and
EMC GAS CORP.,

Plaintiffs, No. 26-cv-03620 (LJL)

-against-

ELETSON HOLDINGS INC., *et al.*,

Defendants.

---

**~~[PROPOSED]~~ ORDER**

Upon the letter-motion of non-parties Murchinson Ltd. ("Murchinson") and Ace148 Incorporated ("Ace148") dated November 19, 2026 (ECF [ ]), it is hereby ORDERED that:

1. Murchinson and Ace 148 are granted leave to appear for the limited purpose of opposing the Reed Smith Defendants' motions for issuance of letters rogatory directed to Murchinson (ECF 123) and Ace148 (ECF 133) (the "Motions").

2. Murchinson and Ace148 shall file their opposition to the Motions on or before November 23, 2026 and the Reed Smith Defendants shall file any reply on or before November 30, 2026.

SO ORDERED.

Dated: New York, New York
November 19, 2026

LEWIS J. LIMAN
United States District Judge