**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEVONA HOLDINGS LTD., ELETSON GAS LLC, and EMC GAS CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>ELETSON HOLDINGS, INC., ELETSON CORP., APARGO LIMITED, FENTALON LIMITED, DESIMUSCO TRADING LIMITED, VASSILIS KERTSIKOFF, VASILIS HADJIELEFTHERIADIS, LASCARINA KARASTAMATI, REED SMITH LLP (DELAWARE), REED SMITH LLP (ENGLAND & WALES), CHARLES G. WELLER, and LOUIS M. SOLOMON,<br><br>Defendants. | Case No. 1:26-cv-03620-LJL |

**DECLARATION OF ISAAC NESSER IN SUPPORT OF PLAINTIFFS' OMNIBUS MEMORANDUM OF LAW IN RESPONSE TO THE MOVANTS' MOTIONS FOR ISSUANCE OF LETTERS ROGATORY WITH RESPECT TO MURCHINSON LTD. AND ACE148 INCORPORATED**

I, Isaac Nesser, make this declaration pursuant to 28 U.S.C. § 1746:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel to Plaintiffs in this action.. I respectfully submit this declaration in support of Plaintiffs' Omnibus Memorandum of Law in Response to the Reed Smith Defendants' Motions for Issuance of Letters Rogatory With Respect to Murchinson Ltd. And Ace148 Incorporated.

2. **Exhibit 1** hereto is a true and correct copy of email correspondence between counsel for Plaintiffs and counsel for the Reed Smith Defendants, dated November 10, 2026.

3. **Exhibit 2** hereto is a true and correct copy of email correspondence between counsel for Plaintiffs and counsel for the Reed Smith Defendants, dated November 19, 2026.

4. **Exhibit 3** hereto is a true and correct copy of Plaintiffs' Second Requests for Production to the Purported Nominees and Reed Smith Defendants, dated September 1, 2026.

5. **Exhibit 4** hereto is a true and correct copy of Plaintiffs' Responses and Objections to the Reed Smith Defendants' Second Requests for Production, dated October 19, 2026.

6. **Exhibit 5** hereto is a true and correct copy of an email from Southern District of New York's ECF system, dated June 20, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of November, 2026, in New York, New York.

*/s/ Isaac Nesser*
Isaac Nesser