# EXHIBIT 1

| | |
|---|---|
| **From:** | Dore, Michael H. <MDore@gibsondunn.com> |
| **Sent:** | Tuesday, November 10, 2026 1:49 PM |
| **To:** | Isaac Nesser; Freire, Andrew; William Adams; Daniel Kelly; QE-Levona; Koslof, Nathaniel; Furey, Jennifer; Matthew Roznovak; Berger, Rae; Michael Wittmann |
| **Cc:** | Seibald, M. Jonathan; King, Marshall R.; McCracken, Casey J.; 'ralbert@maglaw.com'; Wilson, C. Lee; Adams, Anna; Hart, Nancy; Flores, Rommy; Walner, Kate; 'eabramowitz@maglaw.com' |
| **Subject:** | RE: Levona Adversary Proceeding (26-cv-03620) - Letters Rogatory |

**[EXTERNAL EMAIL from mdore@gibsondunn.com]**

Isaac,
Thank you for discussing this matter yesterday. We are open to discussing it further but will be filing the motion for a letter rogatory as to Murchinson today and as to Ace148 shortly thereafter.

**From:** Isaac Nesser <isaacnesser@quinnemanuel.com>
**Sent:** Sunday, November 8, 2026 8:53 AM
**To:** Dore, Michael H. <MDore@gibsondunn.com>; Freire, Andrew <AFreire@gibsondunn.com>; William Adams <williamadams@quinnemanuel.com>; Daniel Kelly <danielkelly@quinnemanuel.com>; QE-Levona <qe-levona@quinnemanuel.com>; Koslof, Nathaniel <nkoslof@goulstonstorrs.com>; Furey, Jennifer <jfurey@goulstonstorrs.com>; matthewroznovak@quinnemanuel.com; Berger, Rae <rberger@goulstonstorrs.com>; Michael Wittmann <michaelwittmann@quinnemanuel.com>
**Cc:** Seibald, M. Jonathan <MSeibald@gibsondunn.com>; King, Marshall R. <MKing@gibsondunn.com>; McCracken, Casey J. <CMcCracken@gibsondunn.com>; 'ralbert@maglaw.com' <ralbert@maglaw.com>; Wilson, C. Lee <CLWilson@gibsondunn.com>; Adams, Anna <aadams@maglaw.com>; Hart, Nancy <NHart@gibsondunn.com>; Flores, Rommy <RFlores@gibsondunn.com>; Walner, Kate <KWalner@gibsondunn.com>; 'eabramowitz@maglaw.com' <eabramowitz@maglaw.com>
**Subject:** Re: Levona Adversary Proceeding (26-cv-03620) - Letters Rogatory

We can do 4.

Get Outlook for Android

**From:** Dore, Michael H. <MDore@gibsondunn.com>
**Sent:** Sunday, 08 November 2026 10:03:54
**To:** Isaac Nesser <isaacnesser@quinnemanuel.com>; Freire, Andrew <AFreire@gibsondunn.com>; William Adams <williamadams@quinnemanuel.com>; Daniel Kelly <danielkelly@quinnemanuel.com>; QE-Levona <qe-levona@quinnemanuel.com>; Koslof, Nathaniel <nkoslof@goulstonstorrs.com>; Furey, Jennifer <jfurey@goulstonstorrs.com>; Matthew Roznovak <matthewroznovak@quinnemanuel.com>; Berger, Rae <rberger@goulstonstorrs.com>; Michael Wittmann <michaelwittmann@quinnemanuel.com>
**Cc:** Seibald, M. Jonathan <MSeibald@gibsondunn.com>; King, Marshall R. <MKing@gibsondunn.com>; McCracken, Casey J. <CMcCracken@gibsondunn.com>; 'ralbert@maglaw.com' <ralbert@maglaw.com>; Wilson, C. Lee <CLWilson@gibsondunn.com>; Adams, Anna <aadams@maglaw.com>; Hart, Nancy <NHart@gibsondunn.com>; Flores, Rommy <RFlores@gibsondunn.com>; Walner, Kate <KWalner@gibsondunn.com>; 'eabramowitz@maglaw.com' <eabramowitz@maglaw.com>
**Subject:** RE: Levona Adversary Proceeding (26-cv-03620) - Letters Rogatory

**[EXTERNAL EMAIL from mdore@gibsondunn.com]**

---

We are available to discuss any time between 12pm and 5pm ET tomorrow (Monday).

---

**From:** Isaac Nesser <isaacnesser@quinnemanuel.com>
**Sent:** Friday, November 6, 2026 12:57 PM
**To:** Dore, Michael H. <MDore@gibsondunn.com>; Freire, Andrew <AFreire@gibsondunn.com>; William Adams <williamadams@quinnemanuel.com>; Daniel Kelly <danielkelly@quinnemanuel.com>; QE-Levona <qe-levona@quinnemanuel.com>; Koslof, Nathaniel <nkoslof@goulstonstorrs.com>; Furey, Jennifer <jfurey@goulstonstorrs.com>; matthewroznovak@quinnemanuel.com; Berger, Rae <rberger@goulstonstorrs.com>; Michael Wittmann <michaelwittmann@quinnemanuel.com>
**Cc:** Seibald, M. Jonathan <MSeibald@gibsondunn.com>; King, Marshall R. <MKing@gibsondunn.com>; McCracken, Casey J. <CMcCracken@gibsondunn.com>; 'ralbert@maglaw.com' <ralbert@maglaw.com>; Wilson, C. Lee <CLWilson@gibsondunn.com>; Adams, Anna <aadams@maglaw.com>; Hart, Nancy <NHart@gibsondunn.com>; Flores, Rommy <RFlores@gibsondunn.com>; Walner, Kate <KWalner@gibsondunn.com>; 'eabramowitz@maglaw.com' <eabramowitz@maglaw.com>
**Subject:** Re: Levona Adversary Proceeding (26-cv-03620) - Letters Rogatory

Plaintiffs

Get Outlook for Android

---

**From:** Dore, Michael H. <MDore@gibsondunn.com>
**Sent:** Friday, 06 November 2026 15:53:58
**To:** Isaac Nesser <isaacnesser@quinnemanuel.com>; Freire, Andrew <AFreire@gibsondunn.com>; William Adams <williamadams@quinnemanuel.com>; Daniel Kelly <danielkelly@quinnemanuel.com>; QE-Levona <qe-levona@quinnemanuel.com>; Koslof, Nathaniel <nkoslof@goulstonstorrs.com>; Furey, Jennifer <jfurey@goulstonstorrs.com>; Matthew Roznovak <matthewroznovak@quinnemanuel.com>; Berger, Rae <rberger@goulstonstorrs.com>; Michael Wittmann <michaelwittmann@quinnemanuel.com>
**Cc:** Seibald, M. Jonathan <MSeibald@gibsondunn.com>; King, Marshall R. <MKing@gibsondunn.com>; McCracken, Casey J. <CMcCracken@gibsondunn.com>; 'ralbert@maglaw.com' <ralbert@maglaw.com>; Wilson, C. Lee <CLWilson@gibsondunn.com>; Adams, Anna <aadams@maglaw.com>; Hart, Nancy <NHart@gibsondunn.com>; Flores, Rommy <RFlores@gibsondunn.com>; Walner, Kate <KWalner@gibsondunn.com>; 'eabramowitz@maglaw.com' <eabramowitz@maglaw.com>
**Subject:** RE: Levona Adversary Proceeding (26-cv-03620) - Letters Rogatory

**[EXTERNAL EMAIL from mdore@gibsondunn.com]**

---

Who are you referring to as “We”?

---

**From:** Isaac Nesser <isaacnesser@quinnemanuel.com>
**Sent:** Friday, November 6, 2026 12:49 PM
**To:** Dore, Michael H. <MDore@gibsondunn.com>; Freire, Andrew <AFreire@gibsondunn.com>; William Adams <williamadams@quinnemanuel.com>; Daniel Kelly <danielkelly@quinnemanuel.com>; QE-Levona <qe-levona@quinnemanuel.com>; Koslof, Nathaniel <nkoslof@goulstonstorrs.com>; Furey, Jennifer <jfurey@goulstonstorrs.com>; matthewroznovak@quinnemanuel.com; Berger, Rae <rberger@goulstonstorrs.com>; Michael Wittmann <michaelwittmann@quinnemanuel.com>
**Cc:** Seibald, M. Jonathan <MSeibald@gibsondunn.com>; King, Marshall R. <MKing@gibsondunn.com>; McCracken,

Casey J. <CMcCracken@gibsondunn.com>; 'ralbert@maglaw.com' <ralbert@maglaw.com>; Wilson, C. Lee <CLWilson@gibsondunn.com>; Adams, Anna <aadams@maglaw.com>; Hart, Nancy <NHart@gibsondunn.com>; Flores, Rommy <RFlores@gibsondunn.com>; Walner, Kate <KWalner@gibsondunn.com>; 'eabramowitz@maglaw.com' <eabramowitz@maglaw.com>
**Subject:** Re: Levona Adversary Proceeding (26-cv-03620) - Letters Rogatory

We think it is possible to resolve it without the need for a motion, and or without the need for a decision in Canada, though specifically and final proposal will require consent of Canadian counsel whose retention is being arranged. We also think many of the requests are improper.  We also think many of the requests may be mooted or resolved in context of motion to compel you've indicated may be forthcoming on your document requests to Plaintiffs.  It would be helpful to talk through these issues. Please let us know what time works.

Get Outlook for Android

---

**From:** Dore, Michael H. <MDore@gibsondunn.com>
**Sent:** Friday, 06 November 2026 15:39:46
**To:** Isaac Nesser <isaacnesser@quinnemanuel.com>; Freire, Andrew <AFreire@gibsondunn.com>; William Adams <williamadams@quinnemanuel.com>; Daniel Kelly <danielkelly@quinnemanuel.com>; QE-Levona <qe-levona@quinnemanuel.com>; Koslof, Nathaniel <nkoslof@goulstonstorrs.com>; Furey, Jennifer <jfurey@goulstonstorrs.com>; Matthew Roznovak <matthewroznovak@quinnemanuel.com>; Berger, Rae <rberger@goulstonstorrs.com>; Michael Wittmann <michaelwittmann@quinnemanuel.com>
**Cc:** Seibald, M. Jonathan <MSeibald@gibsondunn.com>; King, Marshall R. <MKing@gibsondunn.com>; McCracken, Casey J. <CMcCracken@gibsondunn.com>; 'ralbert@maglaw.com' <ralbert@maglaw.com>; Wilson, C. Lee <CLWilson@gibsondunn.com>; Adams, Anna <aadams@maglaw.com>; Hart, Nancy <NHart@gibsondunn.com>; Flores, Rommy <RFlores@gibsondunn.com>; Walner, Kate <KWalner@gibsondunn.com>; 'eabramowitz@maglaw.com' <eabramowitz@maglaw.com>
**Subject:** RE: Levona Adversary Proceeding (26-cv-03620) - Letters Rogatory

**[EXTERNAL EMAIL from mdore@gibsondunn.com]**

---

We believe it would be more productive for Levona to send an email identifying the ideas and concerns it has rather than delaying this matter to go into a call next week cold without you having told us what you want to talk about. Perhaps another member of your team can simply send the email identifying what Levona would like to have a call to discuss. We could have discussed this when you called us earlier today but you did not raise it.

---

**From:** Isaac Nesser <isaacnesser@quinnemanuel.com>
**Sent:** Friday, November 6, 2026 11:55 AM
**To:** Dore, Michael H. <MDore@gibsondunn.com>; Freire, Andrew <AFreire@gibsondunn.com>; William Adams <williamadams@quinnemanuel.com>; Daniel Kelly <danielkelly@quinnemanuel.com>; QE-Levona <qe-levona@quinnemanuel.com>; Koslof, Nathaniel <nkoslof@goulstonstorrs.com>; Furey, Jennifer <jfurey@goulstonstorrs.com>; matthewroznovak@quinnemanuel.com; Berger, Rae <rberger@goulstonstorrs.com>; Michael Wittmann <michaelwittmann@quinnemanuel.com>
**Cc:** Seibald, M. Jonathan <MSeibald@gibsondunn.com>; King, Marshall R. <MKing@gibsondunn.com>; McCracken, Casey J. <CMcCracken@gibsondunn.com>; 'ralbert@maglaw.com' <ralbert@maglaw.com>; Wilson, C. Lee <CLWilson@gibsondunn.com>; Adams, Anna <aadams@maglaw.com>; Hart, Nancy <NHart@gibsondunn.com>; Flores, Rommy <RFlores@gibsondunn.com>; Walner, Kate <KWalner@gibsondunn.com>; 'eabramowitz@maglaw.com' <eabramowitz@maglaw.com>
**Subject:** Re: Levona Adversary Proceeding (26-cv-03620) - Letters Rogatory

I'm suggesting in good faith that it would be more productive to talk first. And I'm offering to do that with no delay -- would've proposed today except I'm offline early given the clock change. It's rather surprising you are refusing to do so.

---

**From:** Dore, Michael H. <MDore@gibsondunn.com>
**Sent:** Friday, 06 November 2026 14:49:59
**To:** Isaac Nesser <isaacnesser@quinnemanuel.com>; Freire, Andrew <AFreire@gibsondunn.com>; William Adams <williamadams@quinnemanuel.com>; Daniel Kelly <danielkelly@quinnemanuel.com>; QE-Levona <qe-levona@quinnemanuel.com>; Koslof, Nathaniel <nkoslof@goulstonstorrs.com>; Furey, Jennifer <jfurey@goulstonstorrs.com>; Matthew Roznovak <matthewroznovak@quinnemanuel.com>; Berger, Rae <rberger@goulstonstorrs.com>; Michael Wittmann <michaelwittmann@quinnemanuel.com>
**Cc:** Seibald, M. Jonathan <MSeibald@gibsondunn.com>; King, Marshall R. <MKing@gibsondunn.com>; McCracken, Casey J. <CMcCracken@gibsondunn.com>; 'ralbert@maglaw.com' <ralbert@maglaw.com>; Wilson, C. Lee <CLWilson@gibsondunn.com>; Adams, Anna <aadams@maglaw.com>; Hart, Nancy <NHart@gibsondunn.com>; Flores, Rommy <RFlores@gibsondunn.com>; Walner, Kate <KWalner@gibsondunn.com>; 'eabramowitz@maglaw.com' <eabramowitz@maglaw.com>
**Subject:** RE: Levona Adversary Proceeding (26-cv-03620) - Letters Rogatory

**[EXTERNAL EMAIL from mdore@gibsondunn.com]**

---

We are asking you to identify what Levona wants to wait until next week to talk about.

---

**From:** Isaac Nesser <isaacnesser@quinnemanuel.com>
**Sent:** Friday, November 6, 2026 11:42 AM
**To:** Freire, Andrew <AFreire@gibsondunn.com>; William Adams <williamadams@quinnemanuel.com>; Daniel Kelly <danielkelly@quinnemanuel.com>; QE-Levona <qe-levona@quinnemanuel.com>; Koslof, Nathaniel <nkoslof@goulstonstorrs.com>; Furey, Jennifer <jfurey@goulstonstorrs.com>; matthewroznovak@quinnemanuel.com; Berger, Rae <rberger@goulstonstorrs.com>; Michael Wittmann <michaelwittmann@quinnemanuel.com>
**Cc:** Seibald, M. Jonathan <MSeibald@gibsondunn.com>; King, Marshall R. <MKing@gibsondunn.com>; McCracken, Casey J. <CMcCracken@gibsondunn.com>; 'ralbert@maglaw.com' <ralbert@maglaw.com>; Wilson, C. Lee <CLWilson@gibsondunn.com>; Adams, Anna <aadams@maglaw.com>; Hart, Nancy <NHart@gibsondunn.com>; Flores, Rommy <RFlores@gibsondunn.com>; Walner, Kate <KWalner@gibsondunn.com>; 'eabramowitz@maglaw.com' <eabramowitz@maglaw.com>; Dore, Michael H. <MDore@gibsondunn.com>
**Subject:** Re: Levona Adversary Proceeding (26-cv-03620) - Letters Rogatory

You're refusing to talk?

Get Outlook for Android

---

**From:** Freire, Andrew <AFreire@gibsondunn.com>
**Sent:** Friday, 06 November 2026 14:17:08
**To:** Isaac Nesser <isaacnesser@quinnemanuel.com>; William Adams <williamadams@quinnemanuel.com>; Daniel Kelly <danielkelly@quinnemanuel.com>; QE-Levona <qe-levona@quinnemanuel.com>; Koslof, Nathaniel <nkoslof@goulstonstorrs.com>; Furey, Jennifer <jfurey@goulstonstorrs.com>; Matthew Roznovak <matthewroznovak@quinnemanuel.com>; Berger, Rae <rberger@goulstonstorrs.com>; Michael Wittmann <michaelwittmann@quinnemanuel.com>
**Cc:** Seibald, M. Jonathan <MSeibald@gibsondunn.com>; King, Marshall R. <MKing@gibsondunn.com>; McCracken, Casey J. <CMcCracken@gibsondunn.com>; 'ralbert@maglaw.com' <ralbert@maglaw.com>; Wilson, C. Lee <CLWilson@gibsondunn.com>; Adams, Anna <aadams@maglaw.com>; Hart, Nancy <NHart@gibsondunn.com>; Flores, Rommy <RFlores@gibsondunn.com>; Walner, Kate <KWalner@gibsondunn.com>; 'eabramowitz@maglaw.com'

<eabramowitz@maglaw.com>; Dore, Michael H. <MDore@gibsondunn.com>
**Subject:** RE: Levona Adversary Proceeding (26-cv-03620) - Letters Rogatory

**[EXTERNAL EMAIL from afreire@gibsondunn.com]**

---

Isaac, we need to move this forward. Trying to get answers from Murchinson and Plaintiffs about the basis for Murchinson providing some documents and not others already has taken too long. With all plaintiffs now having made clear they are deferring to Murchinson to decide what documents they will provide to Plaintiffs for potential production, we have been left with no choice but to pursue the arduous letters rogatory process. Please send by email Levona's concerns and ideas about the materials we sent you and we will take them under advisement. We intend to file the motions as to Murchinson and Ace148 by next Tuesday.

**Andrew Freire**
Associate Attorney

T: +1 212.351.5202
AFreire@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Isaac Nesser <isaacnesser@quinnemanuel.com>
**Sent:** Friday, November 6, 2026 12:58 PM
**To:** Freire, Andrew <AFreire@gibsondunn.com>; William Adams <williamadams@quinnemanuel.com>; Daniel Kelly <danielkelly@quinnemanuel.com>; QE-Levona <qe-levona@quinnemanuel.com>; Koslof, Nathaniel <nkoslof@goulstonstorrs.com>; Furey, Jennifer <jfurey@goulstonstorrs.com>; matthewroznovak@quinnemanuel.com; Berger, Rae <rberger@goulstonstorrs.com>; Michael Wittmann <michaelwittmann@quinnemanuel.com>
**Cc:** Seibald, M. Jonathan <MSeibald@gibsondunn.com>; King, Marshall R. <MKing@gibsondunn.com>; McCracken, Casey J. <CMcCracken@gibsondunn.com>; 'ralbert@maglaw.com' <ralbert@maglaw.com>; Wilson, C. Lee <CLWilson@gibsondunn.com>; Adams, Anna <aadams@maglaw.com>; Hart, Nancy <NHart@gibsondunn.com>; Flores, Rommy <RFlores@gibsondunn.com>; Walner, Kate <KWalner@gibsondunn.com>; 'eabramowitz@maglaw.com' <eabramowitz@maglaw.com>; Dore, Michael H. <MDore@gibsondunn.com>
**Subject:** Re: Levona Adversary Proceeding (26-cv-03620) - Letters Rogatory

Andrew,
We have some concerns and also some ideas about these requests. Are you available to discuss Monday afternoon or Tuesday some time after the mediation?

---

**From:** Isaac Nesser <isaacnesser@quinnemanuel.com>
**Sent:** Wednesday, 04 November 2026 19:18:00
**To:** Freire, Andrew <AFreire@gibsondunn.com>; William Adams <williamadams@quinnemanuel.com>; Daniel Kelly <danielkelly@quinnemanuel.com>; QE-Levona <qe-levona@quinnemanuel.com>; Koslof, Nathaniel <nkoslof@goulstonstorrs.com>; Furey, Jennifer <jfurey@goulstonstorrs.com>; Matthew Roznovak <matthewroznovak@quinnemanuel.com>; Berger, Rae <rberger@goulstonstorrs.com>; Michael Wittmann <michaelwittmann@quinnemanuel.com>
**Cc:** Seibald, M. Jonathan <MSeibald@gibsondunn.com>; King, Marshall R. <MKing@gibsondunn.com>; McCracken,

Casey J. <CMcCracken@gibsondunn.com>; 'ralbert@maglaw.com' <ralbert@maglaw.com>; Wilson, C. Lee <CLWilson@gibsondunn.com>; Adams, Anna <aadams@maglaw.com>; Hart, Nancy <NHart@gibsondunn.com>; Flores, Rommy <RFlores@gibsondunn.com>; Walner, Kate <KWalner@gibsondunn.com>; 'eabramowitz@maglaw.com' <eabramowitz@maglaw.com>; Dore, Michael H. <MDore@gibsondunn.com>
**Subject:** Re: Levona Adversary Proceeding (26-cv-03620) - Letters Rogatory

May we have until end of day Friday please?   24 hrs is a tight turnaround under the circumstances.

---

**From:** Freire, Andrew <AFreire@gibsondunn.com>
**Sent:** Wednesday, 04 November 2026 18:15:07
**To:** Isaac Nesser <isaacnesser@quinnemanuel.com>; William Adams <williamadams@quinnemanuel.com>; Daniel Kelly <danielkelly@quinnemanuel.com>; QE-Levona <qe-levona@quinnemanuel.com>; Koslof, Nathaniel <nkoslof@goulstonstorrs.com>; Furey, Jennifer <jfurey@goulstonstorrs.com>; Matthew Roznovak <matthewroznovak@quinnemanuel.com>; Berger, Rae <rberger@goulstonstorrs.com>; Michael Wittmann <michaelwittmann@quinnemanuel.com>
**Cc:** Seibald, M. Jonathan <MSeibald@gibsondunn.com>; King, Marshall R. <MKing@gibsondunn.com>; McCracken, Casey J. <CMcCracken@gibsondunn.com>; 'ralbert@maglaw.com' <ralbert@maglaw.com>; Wilson, C. Lee <CLWilson@gibsondunn.com>; Adams, Anna <aadams@maglaw.com>; Hart, Nancy <NHart@gibsondunn.com>; Flores, Rommy <RFlores@gibsondunn.com>; Walner, Kate <KWalner@gibsondunn.com>; 'eabramowitz@maglaw.com' <eabramowitz@maglaw.com>; Dore, Michael H. <MDore@gibsondunn.com>
**Subject:** Levona Adversary Proceeding (26-cv-03620) - Letters Rogatory

**[EXTERNAL EMAIL from afreire@gibsondunn.com]**

---

Counsel,

As you know, the RS Defendants intend to seek documents from Murchinson Ltd. and Ace148 through letters rogatory.  You previously asked to review the discovery we intend to seek before stating your position.  Attached are the proposed Schedules for Murchinson and Ace148, which identify the documents we intend to request and possible subjects of examination.  We reserve the right to revise these requests before filing.

Please let us know by end of day Thursday, November 5, whether your clients consent to, oppose, or take no position on our motion for issuance of letters rogatory containing these requests.  If we do not hear from you by then, we will note in our motion that you did not provide a position.

Best,

**Andrew Freire**
Associate Attorney

T: +1 212.351.5202
AFreire@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---