# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEVONA HOLDINGS LTD., ELETSON GAS LLC, and EMC GAS CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>ELETSON HOLDINGS, INC., ELETSON CORP., APARGO LIMITED, FENTALON LIMITED, DESIMUSCO TRADING LIMITED, VASSILIS KERTSIKOFF, VASILIS HADJIELEFTHERIADIS, LASCARINA KARASTAMATI, REED SMITH LLP (DELAWARE), REED SMITH LLP (ENGLAND & WALES), CHARLES G. WELLER, and LOUIS M. SOLOMON,<br><br>Defendants. | Civ. No. 26-cv-03620 (LJL) |

**PLAINTIFFS' SECOND SET OF DOCUMENT REQUESTS TO PURPORTED NOMINEES AND REED SMITH DEFENDANTS**

Pursuant to Federal Rules of Civil Procedure 26 and 34 and the Court's July 6, 2026 Order (ECF 41), Plaintiffs Levona Holdings, Ltd., Eletson Gas LLC, and EMC Gas Corp., by and through their undersigned counsel, hereby request that Defendants Apargo Limited, Fentalon Limited, Desimusco Trading Limited, Reed Smith LLP (Delaware), Reed Smith LLP (England & Wales), Charles G. Weller, and Louis M. Solomon produce, within 30 days of service of this request, the documents requested herein at the offices of Quinn Emanuel Urquhart & Sullivan, LLP, located at 295 Fifth Avenue, New York, New York 10016.

**DEFINITIONS**

Capitalized terms used herein and not defined below shall have the same meanings as defined in Plaintiffs' First Set of Document Requests to Eletson Holdings, Eletson Corp.,

Purported Nominees, and Reed Smith Defendants dated August 7, 2026, Plaintiffs' First Set of Interrogatories to Eletson Holdings, Eletson Corp., Purported Nominees, and Reed Smith Defendants dated August 7, 2026, and/or Local Civil Rule 26.3. The definitions and instructions set forth in the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York (the "Local Rules"), including Local Civil Rule 26.3, and the Federal Rules of Civil Procedure (the "Federal Rules") are incorporated in these Requests by reference and shall apply. None of the definitions set forth below is intended to narrow the scope of discovery permitted by the Federal Rules or Local Rules, and the definitions and Requests should be read as broadly as permitted by those rules.

1. "LISCR" means the Liberian International Ship & Corporate Registry and LISCR LLC, together with their respective current or former officers, directors, employees, partners, corporate parent, subsidiaries, or affiliates.

2. "Sanctionable Statements" means the representations to the Court listed at D. Ct. ECF 681, at 3–5 and any additional representations You made to the Court discussed in D. Ct. ECF 682, at 6–12.

3. "You" and "Your," pursuant to Local Civil Rule 26.3, mean the Purported Nominees and the Reed Smith Defendants.

**INSTRUCTIONS**

The instructions included in Plaintiffs' First Set of Document Requests to Eletson Holdings, Eletson Corp., Purported Nominees, and Reed Smith Defendants dated August 7, 2026 shall apply to these Requests and shall be considered as a part of each Request except to the extent superseded by the Protective Order or ESI Protocol entered in this Action.

## REQUESTS FOR PRODUCTION

43. All Documents Concerning any joint-defense, common-interest, cooperation, coordination, information-sharing, or similar agreement or arrangement among Defendants, or between any Defendant and any other Person, Concerning this Action or any Relevant Proceeding, including:

    a. the joint-defense or common-interest agreements; and

    b. Documents sufficient to identify the participants, subject matter, scope, date, termination, and justification for any such agreement(s).

44. Documents sufficient to show how legal work for the Representation of any Eletson Entity was allocated within Reed Smith or to any other Lawyers, including time entries by timekeeper, matter staffing records, and how the Reed Smith Defendants' Representation of any Eletson Entity was allocated between Reed Smith LLP (Delaware) and Reed Smith LLP (England & Wales).

45. All Communications with any Vessel Financier Concerning any Eletson Entity.

46. All Documents Concerning Your analyses, assessments, and expectations Concerning the Plan, including whether, to whom, and in what manner recoveries in this Action or in any Relevant Proceeding would inure to any Person (including Plaintiffs).

47. All Documents Concerning any relationship, agreement, or arrangement between any Defendant and any other Person Concerning the commencement, funding, direction, or control of, or sharing of costs, fees, or proceeds of, any Relevant Proceeding (including this Action).

48. All Documents Concerning the collection, processing, review, and production of Documents in any Relevant Proceeding (other than this Action, and other than the Arbitration and Bankruptcy, which are addressed in Request 3 of Plaintiffs' First Set of Document Requests).

49. All Documents Concerning any use, disclosure, transfer, or provision by any Reed Smith Defendant of confidential, proprietary, privileged, or other nonpublic information obtained through Reed Smith's Representation of Gas, EMC Gas, or their subsidiaries to or for the benefit of (a) any Individual Defendant, (b) any Purported Nominee, or (c) any Person whose interests were or reasonably could have been adverse to Gas, EMC Gas, or Levona. This Request includes any analysis or instruction Concerning whether such use or disclosure was permitted.

50. All Documents between any Reed Smith Defendant and LISCR, any vessel or corporate registry, registered agent, flag-state authority, address-of-record provider, or similar Person Concerning the ownership, beneficial ownership, management, control, officers, directors, registered office, address of record, or authority to act for Gas, EMC Gas, any of their subsidiaries, or any Vessel. This Request includes any instruction or request to create, change, maintain, or refrain from changing registry or address-of-record information.

51. All Documents Concerning any press release, website posting, client alert, talking point, statement to the media or industry publication, or other external communication prepared, drafted, revised, reviewed, approved, or disseminated by any Reed Smith Defendant Concerning:

    a. the ownership or control of Gas, the Preferred Shares, Holdings, Corp., or any Vessel;

    b. the authority to act for Gas, EMC Gas, Holdings, or Corp.;

    c. the occurrence or nonoccurrence of the Effective Date;

    d. the operation or effectiveness of the Plan or Confirmation Order; or

    e. whether Reed Smith was authorized to represent Gas, EMC Gas, Holdings, Corp., or any of their subsidiaries.

52. All Documents Concerning any assertion, waiver, reservation, ownership, transfer, or purported control of the attorney-client privilege or work-product protection of or Concerning Gas, EMC Gas, Holdings, Corp., or any of their subsidiaries.

53. All Communications between any Reed Smith Defendant and any member of the Purported Provisional Board Concerning the ownership, control, authority, or governance of Gas, EMC Gas, Holdings, or Corp.

54. All Documents reviewed, considered, or relied on in connection with the preparation, review, or approval of the Solomon Declarations, including all Communications Concerning the same.

55. All Documents Concerning any diligence, investigation, or pre-filing inquiry into the accuracy of the Sanctionable Statements addressed in the Sanctions Motion.

56. All Documents between any Reed Smith Defendant, on the one hand, and Greenberg Traurig, on the other hand, Concerning any Eletson Entity.

Dated: September 1, 2026

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ Isaac Nesser

Isaac Nesser
William B. Adams
Daniel M. Kelly
Michael A. Wittmann

295 Fifth Avenue
New York, New York 10016
Tel: (212) 849-7000
isaacnesser@quinnemanuel.com
williamadams@quinnemanuel.com
danielkelly@quinnemanuel.com
michaelwittmann@quinnemanuel.com

Matthew Scheck
Matthew Roznovak (*pro hac vice* forthcoming)
Alexander Van Dyke (*pro hac vice* forthcoming)
300 W. 6th Street
Austin, Texas 78701
Tel: (737) 667-6100
matthewscheck@quinnemanuel.com
matthewroznovak@quinnemanuel.com
alexvandyke@quinnemanuel.com

*Attorneys for Plaintiffs*