# EXHIBIT 5

**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**Sent:** Friday, June 20, 2025 5:32 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:23-cv-07331-LJL Eletson Holdings Inc. et al v. Levona Holdings Ltd. Order on Motion for Discovery

**[EXTERNAL EMAIL from nysd_ecf_pool@nysd.uscourts.gov]**

---

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.**

**U.S. District Court**

**Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 6/20/2025 at 5:31 PM EDT and filed on 6/20/2025
**Case Name:** Eletson Holdings Inc. et al v. Levona Holdings Ltd.
**Case Number:** 1:23-cv-07331-LJL
**Filer:**
**Document Number:** 435

**Docket Text:**
**MEMORANDUM AND ORDER denying [376] Motion for Discovery; denying [377] Motion ; denying [383] Motion ; granting in part and denying in part [386] Motion for Issuance of Letters Rogatory; denying without prejudice to renewal by formal motion [388] Motion. Intervenors' motion for a subpoena at Dkt. No. 388 is DENIED WITHOUT PREJUDICE TO RENEW. Intervenors' motions for letters rogatory at Dkt. Nos. 377, 380, and 383 are DENIED. Intervenors' motion for a letter rogatory at Dkt. No. 386 is GRANTED IN PART. Intervenors' motion at Dkt. No. 376 to join the motion to compel at Dkt. No. 182 is DENIED. The Clerk of Court is respectfully directed to close Dkt. Nos. 182, 376, 377, 380, 383, 386, and 388. SO ORDERED.. (Signed by Judge Lewis J. Liman on 6/20/2025) (ks)**

**1:23-cv-07331-LJL Notice has been electronically mailed to:**

Harold S. Shaftel shaftelh@gtlaw.com, christy.schaeffer@gtlaw.com, gtcourtalert@gtlaw.com, kirschbauma@gtlaw.com

Colin A. Underwood cunderwood@reedsmith.com, colin-underwood-7395@ecf.pacerpro.com, docketing-ecfnyc-4747@ecf.pacerpro.com

Louis M. Solomon lsolomon@reedsmith.com, jcastillo@reedsmith.com, louis-solomon-6458@ecf.pacerpro.com, nancy-savitt-0072@ecf.pacerpro.com

Mark S. McNeill markmcneill@quinnemanuel.com

Isaac Nesser isaacnesser@quinnemanuel.com, ecf-a6a395936a55@ecf.pacerpro.com, newyorkcalendar@quinnemanuel.com

William Balden Adams williamadams@quinnemanuel.com

Jaclyn Hillary Grodin jgrodin@goulstonstorrs.com

Nicholas Cutaia ncutaia@goulstonstorrs.com, nydockets@goulstonstorrs.com

Kyle James Ortiz kyle.ortiz@hsfkramer.com, corporate-reorg-1449@ecf.pacerpro.com, docketing@kramerlevin.com

John Nowlin McClain, III jmcclain@teamtogut.com

Daniel M. Kelly danielkelly@quinnemanuel.com

Michael A. Wittmann michaelwittmann@quinnemanuel.com

John Super (Terminated) jsuper@fnf.law

Odysseas Repousis odysseasrepousis@quinnemanuel.com

Alex Jerome Van Dyke alexvandyke@quinnemanuel.com

Matthew Roznovak matthewroznovak@quinnemanuel.com

Nathaniel R.B. Koslof nkoslof@goulstonstorrs.com

Jennifer B. Furey jfurey@goulstonstorrs.com

**1:23-cv-07331-LJL Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/20/2025] [FileNumber=33202144-0] [171a2989dc14645cb9ee8bebde26468fcd00c7bfe12859541872e6d618c0d9fda5 66fcf71354e5ba507c0335b7ab2812f0fd1bcbb0a9615937e205bfafa37fff]]